No. 93–362.  DESERT OUTDOOR ADVERTISING, INC. *v.* CALIFORNIA DEPARTMENT OF TRANSPORTATION.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–367.  BLAINEY ET AL. *v.* AMERICAN STEAMSHIP CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–386.  KNUTSON *v.* WISCONSIN AIR NATIONAL GUARD ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–395.  NADI ET AL. *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 93–430.  MEDLIN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–436.  AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, ET AL. *v.* DISTRICT OF COLUMBIA ET AL. Ct. App. D. C.  Certiorari denied.

No. 93–437.  HERRING ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–5158.  PORTER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–5302.  RICH *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–5338.  CASTILLO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 93–5354.  ZIEBARTH *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–5365.  YOUNG *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–5370.  HENTHORN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–5461.  NOWLIN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.